

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER DENYING PANEL REHEARING
### AND EN BANC RECONSIDERATION

Appellate case name:    In the Interest of K.P.M, a child; In the Interest of M.K.F. and S.M.F., children; In the Interest of S.L.F., A.D.T. and A.A.T., children;

Appellate case numbers:  01-17-00327-CV; 01-17-00328-CV; 01-17-00329-CV

Trial court case numbers: 2016-16344; 2010-26768; 2015-43569

Trial court:           310th District Court of Harris County

Date motion filed:      November 27, 2017

Party filing motion:    Appellant

It is ordered that the motion for panel rehearing is ☒ **DENIED** ☐ **GRANTED.**

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature:      /s/ Harvey Brown
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of:      Justices Keyes, Brown, and Lloyd

En banc Court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey

Date:                   January 9, 2018